United States District Court
Southern District of Texas

**ENTERED**

January 10, 2018

David J. Bradley, Clerk

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSE SAGASTUME, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. 4:17-cv-2319 |
| | § (JURY) |
| (i) ORIGINAL GROUP, LLC, fka | § |
| HAWTHORNE SUITES SAN ANGELO, | § |
| LLC, and NEVZAT YALCIN, | § |
| DEMIRBAS, INDIVIDUALLY; | § |
| (ii) EMART, INC., dba | § |
| DORCHESTER APARTMENTS | § |
| and dba UMART, ZEYNEL BAL, | § |
| INDIVIDUALLY, and OMAR | § |
| KASINI, INDIVIDUALLY; | § |
| (iii) TARGET DESIGN AND | § |
| MANAGEMENT, LLC, nka | § |
| KALKAN CONSTRUCTION, LLC, | § |
| dba TDM CONSTRUCTION, dba | § |
| TARGET CONTRACTING, dba | § |
| TARGET MANAGEMENT, dba | § |
| TARGET INVESTMENT, dba | § |
| LABELLA VISTA APARTMENTS, | § |
| AHMET RAFAI KALKAN, | § |
| INDIVIDUALLY, and FERCAN | § |
| ENGIN KALKAN, INDIVIDUALLY; | § |
| (iv) ALTAY PROPERTY | § |
| MANAGEMENT, LLC, and ZELIHA | § |
| ALTINBILEK, INDIVIDUALLY; | § |
| (v) GRAYWOLF PROPERTY | § |
| MANAGEMENT, INC., dba | § |
| LAGUNA AZUL APARTMENTS, | § |
| BURNHAN ALTINBILEK, | § |
| INDIVIDUALLY, and MUSTAFA | § |
| EMRE ERKOC, INDIVIDUALLY, | § |
| | § |
| Defendants. | § |

## ORDER OF DISMISSAL WITH PREJUDICE

On the stipulation of Plaintiff Jose Sagastume and Defendants

Original Group, LLC, fka Hawthorne Suites San Angelo, LLC, and

Nevzat Yalcin Demirbas, Individually; Emart, Inc., dba Dorchester

Apartments and dba Umart, Zeynel Bal, Individually; Target Design

and Management, LLC, nka Kalkan Construction, LLC, dba TDM

Construction, dba Target Contracting, dba Target Management, dba Target Investment, dba Labella Vista Apartments, Ahmet Rafai Kalkan, Individually, and Fercan Engin Kalkan, Individually; Altay Property Management, LLC, and Zeliha Altinbilek, Individually; Graywolf Property Management, Inc., dba Laguna Azul Apartments, Burnhan Altinbilek, Individually, and Mustafa Emre Erkoc, Individually, the above-referenced matter is dismissed with prejudice with all costs incurred taxed against the party incurring such costs.

SIGNED: Jan 8 , 2018

DAVID HITTNER
UNITED STATES DISTRICT JUDGE

-2-